# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| Essex Insurance Company, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:15-cv-506-WHA |
| ) | |
| J&J Cable Construction, LLC, *et al.* ) | **OPPOSED** |
|     Defendants. ) | |
| ) | |
| And Related Actions ) | |

## EVIDENTIARY MATERIALS IN SUPPORT OF ESSEX INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Essex Insurance Company submits the following evidence in support of its Motion for Summary Judgment:

**Exhibit Number**    **Description**

Exhibit A    Original Complaint, First Amended Complaint and Second Amended Complaint in the matter of *Marrell A. Crittenden, et al v. Dixie Electric Cooperative and J&J Cable Construction, LLC*, filed in the Circuit Court of Montgomery County, Alabama, Civil Action No. CV-2014-900103.

Exhibit B    Complaint in the matter of *Caroline Torrence v. Dixie Electric Cooperative, et al.,* filed in the Circuit Court of Montgomery County, Alabama, Civil Action No. CV-2015-901757.

Exhibit C    Affidavits of Jerry Weir, March 6, 2015 and October 5, 2015.

Exhibit D    Excerpts from the deposition of Jerry Noblitt taken October 9, 2014.

| | |
|---|---|
| Exhibit E | Excerpts from the deposition of Courtney Crittenden taken June 27, 2014. |
| Exhibit F | Excerpts from the deposition of Courtney Crittenden taken January 7, 2016. |
| Exhibit G | Letter from Dr. Anderson to Ms. Singleton dated November 26, 2013. |
| Exhibit H | ServPro First Notice of Loss. |
| Exhibit I | Excerpts from the deposition of Brad Arrington taken October 17, 2014. |
| Exhibit J | Excerpts from the deposition of Brad Arrington taken January 13, 2016. |
| Exhibit K | Excerpts from the deposition of Jerry Noblitt taken January 12, 2016. |
| Exhibit L | Excerpts from the deposition of Marrell Crittenden taken January 7, 2016. |
| Exhibit M | Excerpts from the deposition of Courtney Bynum taken January 7, 2016. |
| Exhibit N | Excerpts from the deposition of Caroline Torrence taken February 5, 2016. |
| Exhibit O | Letter from Tyrone Means to Dixie Electric dated December 9, 2013. |
| Exhibit P | Excerpts from the deposition of Courtney Bynum taken August 26, 2014. |
| Exhibit Q | Harry A. Milman, Ph. D. 2014 Report. |
| Exhibit R | Excerpts from the deposition of Marrell Crittenden taken June 27, 2014. |

| | |
|---|---|
| Exhibit S | Dixie Electric Cooperative's Responses to Plaintiff's Request for Admissions, Interrogatories, and Request for Production. |
| Exhibit T | Cross-claim filed in *Marrell A. Crittenden, et al v. Dixie Electric Cooperative and J&J Cable Construction, LLC*, In the Circuit Court of Montgomery County, Alabama, Civil Action No. CV-2014-900103. |
| Exhibit U | Cross-claim filed in *Caroline Torrence v. Dixie Electric Cooperative, et al.,* In the Circuit Court of Montgomery County, Alabama, Civil Action No. CV-2015-901757. |
| Exhibit V | Certified Policy 3DM2159. |

                                      RESPECTFULLY SUBMITTED,

DATED:  March 1, 2016        */s/  Lane Finch*
                                        F. LANE FINCH, JR.
                                        (ASB-0027-I58F)
                                        BRIAN C. RICHARDSON
                                        (ASB-5241-H14U)
                                        Attorneys for Essex Insurance Co.

**OF COUNSEL:**
SWIFT, CURRIE, McGHEE & HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, AL 35203
(205) 314-2401
lane.finch@swiftcurrie.com
brian.richardson@swiftcurrie.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2016, I have served the foregoing by electronic filing through the Court's CM/ECF system the following attorneys of record:

John G. Smith
Louis M. Calligas
BALCH & BINGHAM, LLP
P. O. Box 78
Montgomery, AL 36101-0078

Tyrone C. Means
H. Lewis Gillis
MEANS GILLIS LAW, LLC
P. O. Box 5058
Montgomery, AL 36103

Robert Simms Thompson
Tiffany N. Johnson
THE LAW OFFICES OF ROBERT SIMMS THOMPSON, PC
P. O. Box 830780
Tuskegee, AL 36083

David E. Allred
D. Craig Allred
ALLRED & ALLRED, PC
7030 Fain Park Drive, Suite 9
Montgomery, AL 36117


／s／ Lane Finch
Of Counsel